RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL - 2 2025
DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VERSUS | * | 1:25-cr-00173 |
| | * | Judge Edwards |
| CHANDRAKANT PATEL | * | Magistrate Judge Perez-Montes |
|   aka "Lala" (01) | * | |
| CHAD DOYLE (02) | * | |
| MICHAEL SLANEY (03) | * | |
|   aka "Freck" | * | |
| GLYNN DIXON (04) | * | |
| TEBO ONISHEA (05) | * | |

**MOTION TO SEAL INDICTMENT**

The United States of America, through its undersigned counsel, respectfully asks that this Court seal an indictment returned in the above captioned matter.

1

On July 2, 2025, a federal grand jury seated in the Shreveport Division of the United States District Court for the Western District of Louisiana returned a 62-count indictment. The United States requested that this indictment be placed under seal when presented and returned before the United States Magistrate Judge. Furthermore, based on this Court's policies, the United States hereby moves for an order sealing this indictment.

2

Also, the government moves that all court personnel, including employees of the Clerk of Court's Office, Probation Office, and Marshal's Service, be instructed not

to reveal the existence of this indictment or the defendant's identity to anyone, such as news media and defense counsel.

3

Finally, the government respectfully asks that nothing in the sealing order issued by this Court be construed to restrict law enforcement from communicating information about this indictment to any person for the limited purpose of apprehension and arrest of the named defendant.

WHEREFORE, the United States of America hereby moves for an order of this Court sealing the above captioned indictment until a further order of this Court following a motion of the government to unseal this indictment.

Respectfully submitted,

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____
JOHN W. NICKEL, LA BAR 37819
DANIEL J. SIEFKER, JR. LA BAR 34764
Assistant United States Attorneys
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618