**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened **at 3:31 p.m.** on Wednesday, July 2, 2025, and adjourned at **3:42 p.m.**

PRESENT:       Mark L. Hornsby, Magistrate Judge, Presiding
               Kim Adams, Minute Clerk
               Recorded: Liberty Court Recorder 3
               Time in Court: 11 minutes

### GRAND JURY REPORT

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
| --- | --- | --- |
| 3:24-cr-00264-01*/** | X | |
| 3:24-cr-00264-02*/** | X | |
| 3:24-cr-00264-03*/** | X | |
| 3:24-cr-00264-04*/** | X | |
| 3:24-cr-00264-05*/** | X | |
| 3:24-cr-00264-06*/** | X | |
| 3:24-cr-00264-07*/** | X | |
| 3:24-cr-00264-08** | X | |
| 3:24-cr-00264-09*/** | X | |
| 3:24-cr-00264-10*/** | X | |
| 3:24-cr-00264-11*/** | X | |
| 3:24-cr-00264-12** | X | |
| 3:24-cr-00264-13*/** | X | |
| 3:24-cr-00264-14** | X | |
| 3:25-cr-00177-01* | X | |
| 3:25-cr-00179-01*** | X/WRIT | |
| 5:25-cr-00175-01* | X | |
| 5:25-cr-00176-01*** | X/WRIT | |
| 5:25-cr-00176-02 | X | |
| 5:25-cr-00182-01* | X | |
| 6:25-cr-00174-01*** | X | |

## SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:25-cr-00173-01 | X | |
| 1:25-cr-00173-02 | X | |
| 1:25-cr-00173-03 | X | |
| 1:25-cr-00173-04 | X | |
| 1:25-cr-00173-05 | X | |
| 3:25-cr-00180-01 | X | |
| 5:25-cr-00178-01 | X | |
| 5:25-cr-00181-01 | X | |

  X  Warrants/summons ordered issued as indicated.
  *  In Federal Custody
 **  Superseding Indictment
*** State Custody