UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 1:25-cr-00173 |
| | * | |
| VERSUS | * | |
| | * | |
| CHANDRAKANT PATEL | * | JUDGE EDWARDS |
| aka "Lala" (01) | * | |
| CHAD DOYLE (02) | * | |
| MICHAEL SLANEY | * | |
| aka "Freck" (03) | * | |
| GLYNN DIXON (04) | * | |
| TEBO ONISHEA (05) | * | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

After considering the Motion to Unseal Indictment filed in the captioned matter,

IT IS HEREBY ORDERED the indictment in this matter be unsealed;

Done and signed on July 16th, 2025 in Alexandria, Louisiana

_____
JOSEPH H. L. PEREZ-MONTES
United States Magistrate Judge