UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**UNITED STATES OF AMERICA**             **CASE NO. 1:25-CR-00173-02**

**VERSUS**                                **JUDGE EDWARDS**

**CHAD DOYLE (02)**                       **MAGISTRATE JUDGE PEREZ-MONTES**

MINUTES OF COURT:
Initial Appearance

| Date: | July 15, 2025 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
|---|---|---|---|
| Court Opened: | 3:00 p.m. | Courtroom Deputy: | Liz Muncey |
| Court Adjourned: | 3:55 p.m. | Court Reporter: | LCR |
| Statistical Time: | 00:55 | Courtroom: | 2nd Floor Courtroom |

APPEARANCES

| John Woodley Nickel (AUSA) & Joseph Daniel Siefker Jr (AUSA) | For | United States of America |
|---|---|---|
| Chad Doyle (02) Defendant | | (LOCATION CUSTODY) |

PROCEEDINGS

**Before Court Opened:**
Defendant Provided with Charging Document

**INITIAL APPEARANCE ON:**   Indictment
Defendant Sworn
Defendant advised of charges, maximum penalties, & rights
Defendant admitted his identity.

**DETENTION:**
Government NOT requesting detention.

**ARRAIGNMENT:**
Arraignment set for **July 17, 2025, at 10:00 a.m.** before Magistrate Judge Perez-Montes.

**RULINGS/COMMENTS:**
The Defendant requested court-appointed counsel. The Court ordered that counsel be temporarily appointed. Interim appointed counsel shall assist in filling out the financial affidavit for submission to the Court. The Defendant was notified of the applicable forfeiture allegations. IT IS ORDERED that the Defendant be released and an Order Setting Conditions of Release was signed.

**FILINGS:**
Order Setting Conditions of Release