UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:25-cr-00173 |
| v. | DISTRICT JUDGE EDWARDS |
| CHANDRAKANT PATEL | MAGISTRATE JUDGE PEREZ-MONTES |

CHANDRAKANT PATEL
    a/k/a "Lala"    (01)
CHAD DOYLE    (02)
MICHAEL SLANEY
    a/k/a "Freck"    (03)
GLYNN DIXON    (04)
TEBO ONISHEA    (05)

**ORDER**

Considering the Unopposed Motion to Continue [Rec. Doc. 99],

IT IS HEREBY ORDERED that the trial scheduled to commence on March 30, 2026, shall be continued to be reset later.

IT IS FURTHER ORDERED that the normal scheduling deadlines, including the pre-trial deadlines imposed within this Court's Scheduling Order [Rec. Doc. 82], are hereby suspended and extended.

IT IS FURTHER ORDERED that the trial date in this case is continued because the ends of justice are best served in doing so as contemplated by 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (ii), and (iv).

Done and signed on  March 11, 2026, in Alexandria, Louisiana.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE